Form ntcclm (06/2007)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:

Kevin G Boyd
SSN: xxx–xx–3184

Susan M Telford Boyd
SSN: xxx–xx–8318

Debtor(s).

Case Number: 10–23006–SJS
Chapter: 7

---

## NOTICE TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

YOU ARE NOTIFIED that the Trustee in this case, **Edmund J Wood**, has recovered assets. Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address above on or before **June 23, 2011.**

Creditors who do not file a proof of claim on or before this date may not be entitled to share in any distribution from the Debtor's estate.

The proof of claim form is attached to this notice. It can be filed by regular mail. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope.

There is no fee for filing the proof of claim.

**ANY CREDITOR WHO HAS FILED A PROOF OF CLAIM
ALREADY NEED NOT FILE ANOTHER PROOF OF CLAIM**

Dated: March 24, 2011

Mark L. Hatcher
Clerk of the Bankruptcy Court

By: Patty Richling
Deputy Clerk