```
                            United States Bankruptcy Court
                             Western District of Washington
In re:                                                           Case No. 10-23006-SJS
Kevin G Boyd                                                     Chapter 7
Susan M Telford Boyd
     Debtors                     CERTIFICATE OF NOTICE
District/off: 0981-2          User: pattyr                 Page 1 of 2                  Date Rcvd: Mar 24, 2011
                              Form ID: b18                 Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2011.
db/jdb        +Kevin G Boyd,    Susan M Telford Boyd,    3177 NE 82nd St,    Seattle, WA 98115-4749
952842187     +Alaska USA,    PO Box 196613,    Anchorage, AK 99519-6613
952856872     +Alaska USA Federal Credit Union,    PO Box 196613,    Anchorage, AK 99519-6613
952842191     +Bruce Mezistrano,   13921 SE 47th St.,    Bellevue, WA 98006-3047
952842192     +Chuck Telford,   10607 NE 60th Lane,    Kirkland, WA 98033-7005
952842195     +Goldberg & Bloom,    Attn: Martin Bloom,    4830 N. Hiatus Rd.,    Ft. Lauderdale, FL 33351-7921
952842636     +Indymac Bank,    Attn:Bankruptcy,    PO Box 4045,   Kalamazoo, MI 49003-4045
952842198     +Jonathon Pearlstein,    1130 SW 12th St.,    North Bend, WA 98045-7987
952863825     +KEYBANK,   C/O WELTMAN, WEINBERG & REIS,    323 W. LAKESIDE AVE., 2ND FL,
                CLEVELAND, OH 44113-1085
952825638     +Key Bank NW,    17 Corporate Woods Blvd,    Albany, NY 12211-2345
952952718     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    POB 41067,
                Norfolk VA 23541-1067
952842203     +Regional Trustee Services,    616 1st Ave Ste 500,    Seattle, WA 98104-2297
952825642     +Salal Credit Union,    PO Box 19340,    Seattle, WA 98109-1340
952825643     +Sams Club,    Attention: Bankruptcy Department,    PO Box 105968,    Atlanta, GA 30348-5968
952842206     +Steve Bender,   6535 Seaview Ave NW #409B,    Seattle, WA 98117-6052
952873691     +Suttell & Hammer, PS,    1450 114th Ave SE,    Bellevue, WA 98004-6962
952825635    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Service,     PO Box 5229,    Cincinnati, OH 45201)
952903660    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Services,     Bankruptcy Department,    P.O. Box 5229,
                Cincinncati, OH 45201)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: WADEPREV.COM Mar 24 2011 23:18:00      State of Washington,   Department of Revenue,
                2101 4th Ave, Ste 1400,    Seattle, WA 98121-2300
sr             EDI: RMSC.COM Mar 24 2011 23:18:00      GE Money Bank,   c/o Office Manager,
                Recovery Management Systems Corp.,    25 SE 2nd Ave #1120,   Miami, FL 33131-1605
952825632     +EDI: ACCE.COM Mar 24 2011 23:18:00      Asset Acceptance, LLC,   PO Box 2036,
                Warren, MI 48090-2036
952825633     +EDI: BANKAMER.COM Mar 24 2011 23:18:00      Bank Of America,   Attn: Bankruptcy NC4-105-03-14,
                PO Box 26012,   Greensboro, NC 27420-6012
952825634     +EDI: CITICORP.COM Mar 24 2011 23:18:00      Citibank,   Attn: Centralized Bankruptcy,
                PO Box 20363,   Kansas City, MO 64195-0363
952901010     +EDI: BANKAMER.COM Mar 24 2011 23:18:00      Fia Card Services, NA As Successor In Interest to,
                Bank of America NA and Mbna America Bank,    1000 Samoset Drive,    DE5-023-03-03,
                Newark, DE 19713-6000
952825637     +EDI: IRS.COM Mar 24 2011 23:18:00      Internal Revenue Service,   PO BOX 21125,
                PHILADELPHIA, PA 19114-0325
952825639     +EDI: RESURGENT.COM Mar 24 2011 23:18:00      LVNV Funding LLC,   PO Box 740281,
                Houston, TX 77274-0281
952825640     +EDI: TSYS2.COM Mar 24 2011 23:18:00      Macys,   Attn: Bankruptcy,   PO Box 8053,
                Mason, OH 45040-8053
952825641     +E-mail/Text: bnc@nordstrom.com Mar 24 2011 23:24:09      Nordstrom FSB,
                Attention: Bankruptcy Department,    PO Box 6555,   Englewood, CO 80155-6555
952952718     +EDI: PRA.COM Mar 24 2011 23:18:00      PRA Receivables Management, LLC,
                As Agent Of Portfolio Recovery Assocs.,    POB 41067,   Norfolk VA 23541-1067
952852427      EDI: RECOVERYCORP.COM Mar 24 2011 23:18:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
952825644     +EDI: WFFC.COM Mar 24 2011 23:18:00      Wells Fargo,   PO Box 60510,   Los Angeles, CA 90060-0510
952825645     +EDI: WFFC.COM Mar 24 2011 23:18:00      Wells Fargo Bank,   PO Box 5445,   Portland, OR 97228-5445
952885981      EDI: WFFC.COM Mar 24 2011 23:18:00      Wells Fargo Bank NA,   PO Box 10438,
                Des Moines, IA 50306-0438
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r              John Glessner
cr             OneWest Bank, FSB
r              RE/MAX Metro Realty
952825631      Alaska Usa Federal Credit Union
952842188      Alaska Usa Federal Credit Union
952842189*    +Asset Acceptance, LLC,    PO Box 2036,   Warren, MI 48090-2036
952842190*    +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    PO Box 26012,   Greensboro, NC 27420-6012
952842193*    +Citibank,   Attn: Centralized Bankruptcy,    PO Box 20363,   Kansas City, MO 64195-0363
952842196*    +Indymac Bank,    Attn:Bankruptcy,   PO Box 4045,    Kalamazoo, MI 49003-4045
952842197*    +Internal Revenue Service,    PO BOX 21125,   PHILADELPHIA, PA 19114-0325
952842199*    +Key Bank NW,    17 Corporate Woods Blvd,   Albany, NY 12211-2345
952842200*    +LVNV Funding LLC,    PO Box 740281,   Houston, TX 77274-0281
952842201*    +Macys,   Attn: Bankruptcy,    PO Box 8053,   Mason, OH 45040-8053
952842202*    +Nordstrom FSB,    Attention: Bankruptcy Department,    PO Box 6555,   Englewood, CO 80155-6555
952842204*    +Salal Credit Union,    PO Box 19340,   Seattle, WA 98109-1340
952842205*    +Sams Club,    Attention: Bankruptcy Department,    PO Box 105968,   Atlanta, GA 30348-5968
```

```
District/off: 0981-2           User: pattyr                Page 2 of 2                Date Rcvd: Mar 24, 2011
                               Form ID: b18                Total Noticed: 32
```

          ***** BYPASSED RECIPIENTS (continued) *****
952842194*     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  Elan Financial Service,    PO Box 5229,   Cincinnati, OH 45201)
952842207*      +Wells Fargo,    PO Box 60510,    Los Angeles, CA 90060-0510
952842208*      +Wells Fargo Bank,    PO Box 5445,    Portland, OR 97228-5445
                                                                                    TOTALS: 5, * 14, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 26, 2011**                              **Signature:**         *Joseph Speetjens*

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No. **10−23006−SJS**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kevin G Boyd                                 Susan M Telford Boyd
3177 NE 82nd St                              3177 NE 82nd St
Seattle, WA 98115                            Seattle, WA 98115

Social Security/Individual Taxpayer ID No.:
  xxx−xx−3184                                xxx−xx−8318

Employer Tax ID/Other nos.:

## DISCHARGE OF DEBTOR

The Debtor(s) filed a Chapter 7 case on **October 29, 2010.** It appearing that the Debtor is entitled to a discharge,

**IT IS ORDERED:**

The Debtor is granted a discharge under 11 U.S.C. § 727.

                                              BY THE COURT

Dated: March 24, 2011                         Samuel J. Steiner
                                              United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**