United States Bankruptcy Court
Western District of Washington

In re:
Kevin G Boyd
Susan M Telford Boyd
      Debtors

Case No. 10-23006-SJS
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0981-2     User: pattyr     Page 1 of 2     Date Rcvd: Mar 24, 2011
                        Form ID: ntcclm    Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2011.
```
db/jdb      +Kevin G Boyd,    Susan M Telford Boyd,    3177 NE 82nd St,    Seattle, WA 98115-4749
aty         +Christina Latta Henry,    Seattle Debt Law LLC,    705 2nd Avenue Ste 1050,
              Seattle, WA 98104-1759
aty         +David A Gebben,    Attorney at Law,    1700 7th Ave Ste 2100,    Seattle, WA 98101-1360
aty         +Lisa M. McMahon-Myhran,    Robinson Tait PS,    710 2nd Ave. Ste 710,    Seattle, WA 98104-1724
952842187   +Alaska USA,    PO Box 196613,    Anchorage, AK 99519-6613
952856872   +Alaska USA Federal Credit Union,    PO Box 196613,    Anchorage, AK 99519-6613
952842191   +Bruce Mezistrano,    13921 SE 47th St.,    Bellevue, WA 98006-3047
952842192   +Chuck Telford,    10607 NE 60th Lane,    Kirkland, WA 98033-7005
952842195   +Goldberg & Bloom,    Attn: Martin Bloom,    4830 N. Hiatus Rd.,    Ft. Lauderdale, FL 33351-7921
952825636   +Indymac Bank,    Attn:Bankruptcy,    PO Box 4045,    Kalamazoo, MI 49003-4045
952842198   +Jonathon Pearlstein,    1130 SW 12th St.,    North Bend, WA 98045-7987
952863825   +KEYBANK,    C/O WELTMAN, WEINBERG & REIS,    323 W. LAKESIDE AVE., 2ND FL,
              CLEVELAND, OH 44113-1085
952825638   +Key Bank NW,    17 Corporate Woods Blvd,    Albany, NY 12211-2345
952952718   +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    POB 41067,
              Norfolk VA 23541-1067
952842203   +Regional Trustee Services,    616 1st Ave Ste 500,    Seattle, WA 98104-2297
952825642   +Salal Credit Union,    PO Box 19340,    Seattle, WA 98109-1340
952825643   +Sams Club,    Attention: Bankruptcy Department,    PO Box 105968,    Atlanta, GA 30348-5968
952842206   +Steve Bender,    6535 Seaview Ave NW #409B,    Seattle, WA 98117-6052
952873691   +Suttell & Hammer, PS,    1450 114th Ave SE,    Bellevue, WA 98004-6962
952825635   ++US BANK,    PO Box 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Service,    PO Box 5229,    Cincinnati, OH 45201)
952903660   ++US BANK,    PO Box 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Services,    Bankruptcy Department,    P.O. Box 5229,
              Cincinncati, OH 45201)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: FEJWOOD.COM Mar 24 2011 23:18:00    Edmund J Wood,    303 N 67th St,
              Seattle, WA 98103-5209
smg          EDI: WADEPREV.COM Mar 24 2011 23:18:00    State of Washington,    Department of Revenue,
              2101 4th Ave, Ste 1400,    Seattle, WA 98121-2300
ust         +E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV Mar 24 2011 23:24:10    United States Trustee,
              700 Stewart St Ste 5103,    Seattle, WA 98101-4438
sr           EDI: RMSC.COM Mar 24 2011 23:18:00    GE Money Bank,    c/o Office Manager,
              Recovery Management Systems Corp,    25 SE 2nd Ave #1120,    Miami, FL 33131-1605
952825632   +EDI: ACCE.COM Mar 24 2011 23:18:00    Asset Acceptance, LLC,    PO Box 2036,
              Warren, MI 48090-2036
952825633   +EDI: BANKAMER.COM Mar 24 2011 23:18:00    Bank Of America,    Attn: Bankruptcy NC4-105-03-14,
              PO Box 26012,    Greensboro, NC 27420-6012
952825634   +EDI: CITICORP.COM Mar 24 2011 23:18:00    Citibank,    Attn: Centralized Bankruptcy,
              PO Box 20363,    Kansas City, MO 64195-0363
952901010   +EDI: BANKAMER.COM Mar 24 2011 23:18:00    Fia Card Services, NA As Successor In Interest to,
              Bank of America NA and Mbna America Bank,    1000 Samoset Drive,    DE5-023-03-03,
              Newark, DE 19713-6000
952825637   +EDI: IRS.COM Mar 24 2011 23:18:00    Internal Revenue Service,    PO BOX 21125,
              PHILADELPHIA, PA 19114-0325
952825639   +EDI: RESURGENT.COM Mar 24 2011 23:18:00    LVNV Funding LLC,    PO Box 740281,
              Houston, TX 77274-0281
952825640   +EDI: TSYS2.COM Mar 24 2011 23:18:00    Macys,    Attn: Bankruptcy,    PO Box 8053,
              Mason, OH 45040-8053
952825641   +E-mail/Text: bnc@nordstrom.com Mar 24 2011 23:24:09    Nordstrom FSB,
              Attention: Bankruptcy Department,    PO Box 6555,    Englewood, CO 80155-6555
952952718   +EDI: PRA.COM Mar 24 2011 23:18:00    PRA Receivables Management, LLC,
              As Agent Of Portfolio Recovery Assocs.,    POB 41067,    Norfolk VA 23541-1067
952852427    EDI: RECOVERYCORP.COM Mar 24 2011 23:18:00    Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
952825644   +EDI: WFFC.COM Mar 24 2011 23:18:00    Wells Fargo,    PO Box 60510,    Los Angeles, CA 90060-0510
952825645   +EDI: WFFC.COM Mar 24 2011 23:18:00    Wells Fargo Bank,    PO Box 5445,    Portland, OR 97228-5445
952885981    EDI: WFFC.COM Mar 24 2011 23:18:00    Wells Fargo Bank NA,    PO Box 10438,
              Des Moines, IA 50306-0438
                                                                              TOTAL: 17
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r            John Glessner
cr           OneWest Bank, FSB
r            RE/MAX Metro Realty
952825631    Alaska Usa Federal Credit Union
952842188    Alaska Usa Federal Credit Union
```

```
aty*       +Edmund J Wood,     303 N 67th St,    Seattle, WA 98103-5209
952842189* +Asset Acceptance, LLC,   PO Box 2036,    Warren, MI 48090-2036
952842190* +Bank Of America,   Attn: Bankruptcy NC4-105-03-14,   PO Box 26012,   Greensboro, NC 27420-6012
952842193* +Citibank,   Attn: Centralized Bankruptcy,   PO Box 20363,   Kansas City, MO 64195-0363
952842196* +Indymac Bank,   Attn:Bankruptcy,    PO Box 4045,   Kalamazoo, MI 49003-4045
952842197* +Internal Revenue Service,   PO BOX 21125,   PHILADELPHIA, PA 19114-0325
952842199* +Key Bank NW,   17 Corporate Woods Blvd,   Albany, NY 12211-2345
952842200* +LVNV Funding LLC,   PO Box 740281,   Houston, TX 77274-0281
952842201* +Macys,   Attn: Bankruptcy,   PO Box 8053,   Mason, OH 45040-8053
952842202* +Nordstrom FSB,   Attention: Bankruptcy Department,   PO Box 6555,   Englewood, CO 80155-6555
952842204* +Salal Credit Union,   PO Box 19340,   Seattle, WA 98109-1340
952842205* +Sams Club,   Attention: Bankruptcy Department,   PO Box 105968,   Atlanta, GA 30348-5968
952842194* ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
           (address filed with court: Elan Financial Service,   PO Box 5229,   Cincinnati, OH 45201)
952842207* +Wells Fargo,   PO Box 60510,   Los Angeles, CA 90060-0510
952842208* +Wells Fargo Bank,   PO Box 5445,   Portland, OR 97228-5445
```

TOTALS: 5, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 26, 2011**                    **Signature:**        _Joseph Speetjens_

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:

    Kevin G Boyd
    SSN: xxx−xx−3184

    Susan M Telford Boyd
    SSN: xxx−xx−8318

    Debtor(s).

Case Number: 10−23006−SJS
Chapter: 7

---

## NOTICE TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

YOU ARE NOTIFIED that the Trustee in this case, **Edmund J Wood**, has recovered assets. Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address above on or before **June 23, 2011.**

Creditors who do not file a proof of claim on or before this date may not be entitled to share in any distribution from the Debtor's estate.

The proof of claim form is attached to this notice. It can be filed by regular mail. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

There is no fee for filing the proof of claim.

### ANY CREDITOR WHO HAS FILED A PROOF OF CLAIM
### ALREADY NEED NOT FILE ANOTHER PROOF OF CLAIM

Dated: <u>March 24, 2011</u>

                    Mark L. Hatcher
                    Clerk of the Bankruptcy Court

                    By: <u>Patty Richling</u>
                    Deputy Clerk

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Western District of Washington | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Kevin G Boyd<br>                    Susan M Telford Boyd | Case Number:    10-23006 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

**Court Claim Number:_____**
(*If known*)

Filed on:_____

Telephone number:

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

**1. Amount of Claim as of Date Case Filed:**          $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

  **3a. Debtor may have scheduled account as:** _____
       (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

  **Nature of property or right of setoff:**  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
  **Describe:**

  **Value of Property: $_____  Annual Interest Rate____%**

  **Amount of arrearage and other charges as of time case filed included in secured claim,**

  **if any: $_____  Basis for perfection:** _____

  **Amount of Secured Claim: $_____  Amount Unsecured: $_____**

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**

  $_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

## _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, and all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.