David A. Gebben, Attorney At Law
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Ph. (206) 357-8456
Fax (206) 357-8401

THE HONORABLE MARC L. BARRECA
Chapter 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>KEVIN G. BOYD and SUSAN M. TELFORD BOYD, a married couple,<br><br>Debtors. | NO. 10-23006-MLB<br><br>APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO CONDUCT RULE 2004 EXAM(S) OF THE DEBTOR(S), AND/OR OF MARK BOYD, AND/OR OF CW TITLE |

EDMUND J. WOOD, TRUSTEE, the Chapter 7 trustee herein ("trustee"), by and through his legal counsel, David A. Gebben, Attorney At Law, hereby moves this Court, on an ex-parte basis, for an order authorizing him to conduct Bankruptcy Rule 2004 Exam(s) of the above-named debtor(s) and/or of Kevin Boyd's brother, Mark Boyd, and/or of Commonwealth Land Title Co. a/k/a/ CW Title, and in support thereof the trustee states as follows:

1. Kevin Boyd held an interest in the Boyd Family Limited Partnership for a period of time prior to the commencement of this case. But Kevin Boyd also conveyed his interest in that entity to Province Properties LLC, an entity in which his brother, Mark Boyd, held an ownership interest, prior to his bankruptcy filing, and CW Title was the escrow agent on that transaction. Kevin Boyd also held an interest in the June R. Boyd Credit Trust at the time of filing, or he may have acquired an interest in that entity after filing. The trustee would like to obtain more information about the Boyd Family Limited

APPLICATION FOR ORDER AUTHORIZING
TRUSTEE TO CONDUCT RULE 2004 EXAM(S)     -1-

**DAVID A. GEBBEN,**
**ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

Case 10-23006-MLB    Doc 61    Filed 01/30/12    Ent. 01/30/12 10:16:25    Pg. 1 of 2

Partnership, about Province Properties LLC, about the transfer from Boyd Family Limited Partnership to Province Properties LLC and about the June R. Boyd Credit Trust, and the trustee has reason to believe that one or more of the above-named parties may be able to provide the trustee with information and/or documentation relevant to those matter(s) or with information and/or documentation that may be relevant to one or more other issue(s) in this case.

2. The trustee may conduct examination(s) of entities on matter(s) that are relevant to the bankruptcy case, under Bankruptcy Rule 2004. The trustee will provide at least 10 days prior written notice of any Rule 2004 Exam(s) that are scheduled to be held of the above-named debtor(s), or of Mark Boyd, or of Commonwealth Land Title Co. a/k/a/ CW Title, in connection with this case.

WHEREFORE, the trustee hereby prays for an order in this matter in the form of the proposed order which is being submitted herewith.

Respectfully submitted this __*30th*___ day of January, 2012.

David A. Gebben, Attorney At Law

____*/S/ David A. Gebben*_____
By: David A. Gebben, WSBA #16290
Attorney for trustee

APPLICATION FOR ORDER AUTHORIZING
TRUSTEE TO CONDUCT RULE 2004 EXAM(S)   -2-

**DAVID A. GEBBEN,**
**ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

Case 10-23006-MLB    Doc 61    Filed 01/30/12    Ent. 01/30/12 10:16:25    Pg. 2 of 2