**Below is the Order of the Court.**

_____
**Marc Barreca
U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

THE HONORABLE MARC L. BARRECA
Chapter 7

David A. Gebben, Attorney At Law
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Ph. (206) 357-8456
Fax (206) 357-8401

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | NO. 10-23006-MLB |
|---|---|
| KEVIN G. BOYD and SUSAN M. TELFORD BOYD, a married couple,<br><br>Debtors. | EX-PARTE ORDER AUTHORIZING TRUSTEE TO CONDUCT RULE 2004 EXAM(S) OF THE DEBTOR(S), AND/OR OF MARK BOYD, AND/OR OF CW TITLE |

THIS MATTER having come on before this Court, upon ex-parte motion filed by the Chapter 7 trustee herein, EDMUND J. WOOD, TRUSTEE ("trustee"), and this Court having reviewed the records and files herein, and good cause appearing to this Court for entry of the following order in this matter, pursuant to Bankruptcy Rule 2004, now therefore it is

ORDERED that the trustee is hereby authorized by this Court to conduct one or more Bankruptcy Rule 2004 Exam(s) of the above-named debtor(s), and/or of Mark Boyd, and/or of Commonwealth Land Title Co. a/k/a/ CW Title, at such time(s) and such place(s) as may be designated by the trustee, for the purpose of obtaining testimony and/or documentation that may be relevant to this case, and it is further

EX-PARTE ORDER AUTHORIZING TRUSTEE
TO CONDUCT RULE 2004 EXAM(S)   -1-

**DAVID A. GEBBEN,
ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

Case 10-23006-MLB   Doc 63   Filed 01/31/12   Ent. 01/31/12 12:05:13   Pg. 1 of 2

ordered that the trustee shall provide at least 10 days prior written notice of any Rule 2004 Exam(s) that are scheduled for any of the aforementioned parties.

/ / / End of Order / / /

Presented by:
David A. Gebben, Attorney At Law

_____/S/ David A. Gebben_____
By: David A. Gebben, WSBA #16290
Attorney for trustee

EX-PARTE ORDER AUTHORIZING TRUSTEE
TO CONDUCT RULE 2004 EXAM(S)    -2-

**DAVID A. GEBBEN,**
**ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

Case 10-23006-MLB    Doc 63    Filed 01/31/12    Ent. 01/31/12 12:05:13    Pg. 2 of 2